# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **FARES ABDO AL EYAN,** <br><br> Petitioner, <br> v. <br> KRISTI NOEM (in her official capacity as Secretary of U.S. Department of Homeland Security) *et al.*, <br><br> Respondents. | **ORDER Scheduling TRO Briefs** <br><br> ED CV 26-00724-VBF-MAR |

**No later than 11:59 p.m. on Thursday, February 19, 2026, respondents SHALL FILE a brief responding to the temporary restraining order ("TRO") application.**

**No later than 11:59 p.m. on Friday, February 20, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated:  February 17, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge