UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **FARES ABDO AL EYAN,**<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>PAMELA BONDI in her official capacity as Attorney General of the USA, *et al.*,<br><br>　　　　　　　Respondents. | **TEMPORARY RESTRAINING ORDER and**<br><br>ORDER TO SHOW CAUSE<br><br>No. ED CV 26-00724-VBF-MAR |

**Petitioner's application for a temporary restraining order is GRANTED.**

**The Court orders Petitioner's immediate release on an Order of Supervision ("OSUP").** Respondents are temporarily enjoined from re-detaining Petitioner unless Respondents comply with regulations governing revocation of an OSUP and present evidence to the Court that Petitioner's removal from the USA is reasonably foreseeable.

The Court temporarily restrains Respondents from transferring Petitioner outside the Central District of California during pendency of this case. If Respondents have transferred Petitioner outside this federal district, they shall return him to this district immediately.

**No later than Thursday, February 26, 2026, the respondents SHALL SHOW CAUSE, in writing, why a preliminary injunction should not issue consistent with the terms of this TRO.**

**No later than Sunday, March 1, 2026, petitioner MAY FILE A REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

*Valerie Baker Fairbank*

_____

Dated: February 21, 2026

Honorable Valerie Baker Fairbank
Senior United States District Judge