**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **FARES ABDO AL EYAN,**<br><br>                Petitioner,<br>    v.<br><br>PAMELA BONDI in her official capacity as Attorney General of the USA, *et al.*,<br><br>              Respondents. | No. ED CV 26-00724-VBF-MAR<br><br>PRELIMINARY INJUNCTION |

      **Petitioner's application for a preliminary injunction is GRANTED.**

      **Pending a final ruling on the habeas corpus petition, the respondents are enjoined from** re-detaining Petitioner unless Respondents comply with regulations governing revocation of an OSUP and present evidence to the Court that Petitioner's removal from the USA is reasonably foreseeable; and respondents are enjoined from transferring Petitioner outside the Central District of California during pendency of this case.

      IT IS SO ORDERED.

*Valerie Baker Fairbank*

_____

Dated: March 3, 2026            Honorable Valerie Baker Fairbank

                                    Senior United States District Judge